## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Eugene Joseph Rouse, | ) | Bankruptcy No. 23-21961-JAD |
| Debtor | ) | Chapter 13 |
| | ) | Related to Document No(s). 4-6 |
| Eugene Joseph Rouse, | ) | |
| Movant | ) | Hearing Date and Time: |
| | ) | October 25, 2023 at 10:00AM |
| vs. | ) | |
| | ) | |
| Brownsville Municipal Authority, Capital | ) | |
| One, Citibank/Sears, Collection Bureau | ) | |
| Hudson Valley, Credit One, Fayette County | ) | |
| Tax Claim Bureau, Fortiva, Internal Revenue | ) | |
| Service, Pennsylvania Department of | ) | |
| Revenue, PNC Mortgage, Portfolio Recovery | ) | |
| Associates, Southwest Regional Tax Bureau, | ) | |
| Synchrony/Care Credit, Synchrony | ) | |
| Bank/JCPenney, The United Federal Credit | ) | |
| Union, Verizon, WVU Medicine and Ronda J. | ) | |
| Winnecour-Chapter 13 Trustee, | ) | |
| Respondent(s) | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO EXTEND AUTOMATIC STAY BEYOND THIRTY DAYS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend Automatic Stay Beyond Thirty Days filed on September 15, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Extend Automatic Stay Beyond Thirty Days appears thereon. Pursuant to the Notice of Hearing, objections for Motion to Extend Automatic Stay Beyond Thirty Days were to be filed and served no later than October 18, 2023.

It is hereby respectfully requested that the Order attached to the Motion to Extend Automatic Stay Beyond Thirty Days be entered by the Court.

Respectfully submitted,

October 19, 2023                    /s/Lauren M. Lamb
Date                               Lauren M. Lamb, Esquire
                                   Attorney for the Debtor
                                   STEIDL & STEINBERG
                                   2830 Gulf Tower

707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  209201
llamb@steidl-steinberg.com