IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Eugene Joseph Rouse, | ) | Bankruptcy No. 23-21961-JAD |
|     Debtor | ) | Chapter 13 |
| | ) | Document No. |
| Eugene Joseph Rouse, | ) | |
|     Movant | ) | |
| | ) | (Prior bankruptcy case filed at |
|     vs. | ) | 22-20533-JAD; dismissed on |
| | ) | 03/16/2023) |
| | ) | |
| Brownsville Municipal Authority, Capital | ) | |
| One, Citibank/Sears, Collection Bureau | ) | |
| Hudson Valley, Credit One, Fayette County | ) | Related to Doc. #4 |
| Tax Claim Bureau, Fortiva, Internal Revenue | ) | |
| Service, Pennsylvania Department of | ) | |
| Revenue, PNC Mortgage, Portfolio Recovery | ) | |
| Associates, Southwest Regional Tax Bureau, | ) | |
| Synchrony/Care Credit, Synchrony | ) | **DEFAULT O/E JAD** |
| Bank/JCPenney, The United Federal Credit | ) | |
| Union, Verizon, WVU Medicine and Ronda | ) | |
| J. Winnecour-Chapter 13 Trustee, | ) | |
|     Respondents | ) | |

## ORDER OF COURT

AND NOW, to wit, this _____20th_____ day of ____October_____, 2023,

it is hereby ORDERED, ADJUDGED, and DECREED, that the automatic stay in the

case of Eugene Joseph Rouse is hereby extended beyond thirty days and shall continue

until further Order of this Court or dismissal of this case.

IT IS SO ORDERED:

_____ sjk
Honorable Jeffery A. Deller
United States Bankruptcy Judge

FILED
10/20/23 9:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 23-21961-JAD

Eugene Joseph Rouse                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                    Page 1 of 4

Date Rcvd: Oct 20, 2023                    Form ID: pdf900                          Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugene Joseph Rouse, 213 Stone Church Road, PO Box 26, Merrittstown, PA 15463-0026 |
| 15637417 | + | Brownsville Municipal Authority, 7 Jackson Street, Brownsville, PA 15417-2009 |
| 15637431 | + | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15637435 | + | Fayette County Tax Claim Bureau, 2 West Main Street, Uniontown, PA 15401-3408 |
| 15637437 | | Fortiva, PO Box 790105, Saint Louis, MO 63179-0105 |
| 15637440 | + | John M. Zeglen, 99 E. Main Street, Uniontown, PA 15401-3568 |
| 15637442 | + | Melissa Jenkins, PO Box 54, Allison, PA 15413-0054 |
| 15637447 | + | PA Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15637460 | + | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458-1703 |
| 15637467 | + | Sheryl R.Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 15637471 | | Southwest Regional Tax Bureau, 1 Centennial Way, Scottdale, PA 15683-1741 |
| 15637482 | ++ | THE UNITED FEDERAL CREDIT UNION, 3 SUNSET BEACH RD, MORGANTOWN WV 26508-4431 address filed with court:, United Federal Credit Union, 3600 University Avenue, Morgantown, WV 26505 |
| 15637479 | + | Tena Congelio, Tax Collector, Brownsville Borough Building, 200 Second Street, Brownsville, PA 15417-1651 |
| 15637480 | + | The United Fcu, 3600 University Ave, Morgantown, WV 26505-3049 |
| 15637484 | | US Attorney, WDPA, 633 US Post Office and Courthouse, Grant Street, Pittsburgh, PA 15219 |
| 15637481 | + | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 15637483 | + | United Federal Credit Union, 3 Sunset Beach Road, Morgantown, WV 26508-4431 |
| 15637489 | | WVU Medicine, c/o University Health Associates, Po Box 875, Morgantown, WV 26507-0875 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15637419 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 21 2023 00:12:22 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15637418 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 21 2023 00:12:19 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15637422 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 21 2023 00:12:26 | Citibank/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15637423 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 21 2023 00:12:02 | Citibank/Sears, Attn: Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15637424 | + Email/Text: esther@cbhv.com | Oct 21 2023 00:00:00 | Collection Bureau Hudson Valley, Inc., 155 North Plank Rd, Newburgh, NY 12550-1748 |
| 15637425 | + Email/Text: esther@cbhv.com | Oct 21 2023 00:00:00 | Collection Bureau Hudson Valley, Inc., 155 North Plank Road, Po Box 831, Newburgh, NY 12551-0831 |
| 15637426 | + Email/Text: bankruptcy_notifications@ccsusa.com | Oct 21 2023 00:01:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15637427 | + Email/Text: ccusa@ccuhome.com | Oct 21 2023 00:00:00 | Credit Collecton USA, 16 Distributors Drive, Suite |

District/off: 0315-2                              User: auto                                    Page 2 of 4

Date Rcvd: Oct 20, 2023                           Form ID: pdf900                               Total Noticed: 54

|  |  |  |  |
|---|---|---|---|
|  |  |  | 1, Morgantown, WV 26501-7209 |
| 15637430 | + | Email/PDF: creditonebknotifications@resurgent.com | |
|  |  | Oct 21 2023 00:11:50 | Credit One, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15637428 | + | Email/PDF: creditonebknotifications@resurgent.com | |
|  |  | Oct 21 2023 00:11:50 | Credit One, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15637438 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | |
|  |  | Oct 21 2023 00:00:00 | Fortiva, PO Box 790156, Saint Louis, MO 63179-0156 |
| 15637436 |  | Email/Text: Atlanticus@ebn.phinsolutions.com | |
|  |  | Oct 21 2023 00:00:00 | Fortiva, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15637439 |  | Email/Text: sbse.cio.bnc.mail@irs.gov | |
|  |  | Oct 21 2023 00:00:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15637441 | ^ | MEBN | |
|  |  | Oct 21 2023 00:00:02 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15645052 |  | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Oct 21 2023 00:11:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15637449 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
|  |  | Oct 21 2023 00:00:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15637448 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
|  |  | Oct 21 2023 00:00:00 | PA Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 15637450 |  | Email/Text: Bankruptcy.Notices@pnc.com | |
|  |  | Oct 21 2023 00:00:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15637454 |  | Email/Text: Bankruptcy.Notices@pnc.com | |
|  |  | Oct 21 2023 00:00:00 | PNC Bank, Attn: Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15637453 |  | Email/Text: Bankruptcy.Notices@pnc.com | |
|  |  | Oct 21 2023 00:00:00 | PNC Bank, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 15637458 |  | Email/Text: Bankruptcy.Notices@pnc.com | |
|  |  | Oct 21 2023 00:00:00 | PNC Bank, NA, PO Box 94982, Cleveland, OH 44101 |
| 15637459 |  | Email/Text: Bankruptcy.Notices@pnc.com | |
|  |  | Oct 21 2023 00:00:00 | PNC Mortgage, PO Box 8703, Dayton, OH 45401 |
| 15637461 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  |  | Oct 21 2023 00:12:02 | Portfolio Recovery Assoc, Po Box 41067, Norfolk, VA 23541 |
| 15637462 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  |  | Oct 21 2023 00:12:03 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 15637464 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  |  | Oct 21 2023 00:12:21 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15637465 |  | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Oct 21 2023 00:12:02 | Resurgen Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15637466 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Oct 21 2023 00:11:50 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15637474 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  |  | Oct 21 2023 00:12:21 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15637473 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  |  | Oct 21 2023 00:11:50 | Synchrony Bank/Care Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 15637475 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  |  | Oct 21 2023 00:12:19 | Synchrony Bank/JCPenney, Po Box 71729, Philadelphia, PA 19176-1729 |
| 15637477 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  |  | Oct 21 2023 00:12:18 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15637485 | ^ | MEBN | |
|  |  | Oct 21 2023 00:00:00 | US Attorney General, US Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |
| 15637486 | + | Email/PDF: ebn_ais@aisinfo.com | |
|  |  | Oct 21 2023 00:11:49 | Verizon by American Infosource LP as Age, 4515 |

District/off: 0315-2                              User: auto                                    Page 3 of 4
Date Rcvd: Oct 20, 2023                           Form ID: pdf900                               Total Noticed: 54

|  |  |  | N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
|---|---|---|---|
| 15637488 | | Email/Text: hbbankruptcynotices@wvumedicine.org | |
| | | | Oct 21 2023 00:00:00 | WVU Medicine, PO Box 865, Morgantown, WV 26507-0865 |
| 15637490 | | Email/Text: hbbankruptcynotices@wvumedicine.org | |
| | | | Oct 21 2023 00:00:00 | WVU Medicine, 1 Medical Center Drive, Morgantown, WV 26506 |
| 15637487 | + | Email/Text: bankruptcy@firstenergycorp.com | |
| | | | Oct 21 2023 00:00:00 | West Penn Power, 5001 NASA Boulevard, Fairmont, WV 26554-8248 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15637420 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15637421 | * | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15637429 | *+ | Credit One, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15637432 | *+ | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15637433 | *+ | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15637434 | *+ | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15637443 | *+ | Melissa Jenkins, PO Box 54, Allison, PA 15413-0054 |
| 15637444 | *+ | Melissa Jenkins, PO Box 54, Allison, PA 15413-0054 |
| 15637445 | *+ | Melissa Jenkins, PO Box 54, Allison, PA 15413-0054 |
| 15637446 | *+ | Melissa Jenkins, PO Box 54, Allison, PA 15413-0054 |
| 15637451 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15637452 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15637456 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15637455 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 15637457 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 15637463 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 15637468 | *+ | Sheryl R.Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 15637469 | *+ | Sheryl R.Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 15637470 | *+ | Sheryl R.Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 15637472 | * | Southwest Regional Tax Bureau, 1 Centennial Way, Scottdale, PA 15683-1741 |
| 15637476 | *+ | Synchrony Bank/JCPenney, Po Box 71729, Philadelphia, PA 19176-1729 |
| 15637478 | *+ | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2023                    Signature:        /s/Gustava Winters

District/off: 0315-2                          User: auto                                Page 4 of 4
Date Rcvd: Oct 20, 2023                       Form ID: pdf900                            Total Noticed: 54

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Eugene Joseph Rouse julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4