IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Eugene Joseph Rouse, | ) | Bankruptcy No. 23-21961 JAD |
| | ) | Chapter 13 |
| Debtor | ) | Document No. |
| | ) | |
| Eugene Joseph Rouse, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |
| | ) | |

**NOTICE OF CHANGE OF ADDRESS**

AND NOW, comes the Movant, Eugene Joseph Rouse, by and through his attorney, Lauren M. Lamb and Steidl and Steinberg, Attorneys at Law, and respectfully represents as follows:

1. At the time of filing, the Movant had an address of 213 Stone Church Road, PO Box 26, Merrittstown, PA 15463.

2. The Movant has since moved and his new address is 213 Stone Church Road, Brownsville, PA 15417.

WHEREFORE, the Movant, Eugene Joseph Rouse, respectfully files this Notice of Change of Address.

Respectfully submitted,

July 10, 2024                         /s/ Lauren M. Lamb
DATE                                  Lauren M. Lamb, Esquire
                                      Attorney for the Debtor
                                      STEIDL & STEINBERG
                                      Suite 2830, Gulf Tower
                                      707 Grant Street
                                      Pittsburgh, PA 15219
                                      (412) 391-8000
                                      llamb@steidl-steinberg.com
                                      PA I.D. No. 209201