| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Eugene Joseph Rouse<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–1034 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: | 13   9/15/23 |
| Case number: | 23–21961–JAD | Date case converted to chapter: | 7   11/27/24 |

<u>Official Form 309B (For Individuals or Joint Debtors)</u>
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**          10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at <u>https://pacer.uscourts.gov</u>).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Eugene Joseph Rouse | |
| 2. | **All other names used in the last 8 years** | aka Gene Joseph Rouse, dba Eugene J. Rouse Plumbing | |
| 3. | **Address** | 213 Stone Church Road<br>Brownsville, PA 15417 | |
| 4. | **Debtor's attorney**<br>Name and address | Lauren M. Lamb<br>Steidl & Steinberg, P.C.<br>436 7th Ave.<br>Koppers Building<br>Suite 322<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email: llamb@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert H. Slone, Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601 | Contact phone 724–834–2990<br><br>Email: robertslone223@gmail.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**          page **1**

| 6. Bankruptcy clerk's office | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Contact phone 412–644–2700<br><br>Date: 11/27/24 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 13, 2025 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 742 575 1673, and Passcode 8273647003, call 1–878–212–9551**<br><br>For additional information, go to:<br>https://www.justice.gov/ust/moc |
| **8.**  **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/14/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/5/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/12/24** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21961-JAD |
| Eugene Joseph Rouse | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 27, 2024 | Form ID: 309B | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugene Joseph Rouse, 213 Stone Church Road, Brownsville, PA 15417-9679 |
| aty | + | Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15637417 | + | Brownsville Municipal Authority, 7 Jackson Street, Brownsville, PA 15417-2009 |
| 15637431 | + | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15637435 | + | Fayette County Tax Claim Bureau, 2 West Main Street, Uniontown, PA 15401-3408 |
| 15637437 | | Fortiva, PO Box 790105, Saint Louis, MO 63179-0105 |
| 15637440 | + | John M. Zeglen, 99 E. Main Street, Uniontown, PA 15401-3568 |
| 15637442 | + | Melissa Jenkins, PO Box 54, Allison, PA 15413-0054 |
| 15637467 | + | Sheryl R.Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 15637471 | | Southwest Regional Tax Bureau, 1 Centennial Way, Scottdale, PA 15683-1741 |
| 15637482 | ++ | THE UNITED FEDERAL CREDIT UNION, 3 SUNSET BEACH RD, MORGANTOWN WV 26508-4431 address filed with court:, United Federal Credit Union, 3600 University Avenue, Morgantown, WV 26505 |
| 15637479 | + | Tena Congelio, Tax Collector, Brownsville Borough Building, 200 Second Street, Brownsville, PA 15417-1651 |
| 15637480 | + | The United Fcu, 3600 University Ave, Morgantown, WV 26505-3049 |
| 15637484 | | US Attorney, WDPA, 633 US Post Office and Courthouse, Grant Street, Pittsburgh, PA 15219 |
| 15637481 | + | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 15637483 | + | United Federal Credit Union, 3 Sunset Beach Road, Morgantown, WV 26508-4431 |
| 15637489 | | WVU Medicine, c/o University Health Associates, Po Box 875, Morgantown, WV 26507-0875 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: llamb@steidl-steinberg.com | Nov 27 2024 23:43:00 | Lauren M. Lamb, Steidl & Steinberg, P.C., 436 7th Ave., Koppers Building, Suite 322, Pittsburgh, PA 15219 |
| tr | + | Email/Text: robertslone223@gmail.com | Nov 27 2024 23:43:00 | Robert H. Slone, Trustee, 223 South Maple Avenue, Greensburg, PA 15601-3232 |
| smg | | EDI: PENNDEPTREV | Nov 28 2024 04:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 27 2024 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 28 2024 04:40:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 27 2024 23:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | | |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 27 2024 23:43:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| 15637419 | | EDI: CAPITALONE.COM | Nov 28 2024 04:40:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15637418 | | EDI: CAPITALONE.COM | Nov 28 2024 04:40:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15637422 | + | EDI: CITICORP | Nov 28 2024 04:40:00 | Citibank/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15637423 | + | EDI: CITICORP | Nov 28 2024 04:40:00 | Citibank/Sears, Attn: Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15637424 | + | Email/Text: esther@cbhv.com | Nov 27 2024 23:43:00 | Collection Bureau Hudson Valley, Inc., 155 North Plank Rd, Newburgh, NY 12550-1748 |
| 15637425 | + | Email/Text: esther@cbhv.com | Nov 27 2024 23:43:00 | Collection Bureau Hudson Valley, Inc., 155 North Plank Road, Po Box 831, Newburgh, NY 12551-0831 |
| 15637426 | + | EDI: CCS.COM | Nov 28 2024 04:40:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15637427 | + | EDI: CCUSA.COM | Nov 28 2024 04:40:00 | Credit Collecton USA, 16 Distributors Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15637430 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 27 2024 23:52:30 | Credit One, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15637428 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 27 2024 23:52:52 | Credit One, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15637438 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 27 2024 23:43:00 | Fortiva, PO Box 790156, Saint Louis, MO 63179-0156 |
| 15637436 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 27 2024 23:43:00 | Fortiva, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15637439 | | EDI: IRS.COM | Nov 28 2024 04:40:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15637441 | ^ | MEBN | Nov 27 2024 23:38:54 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15645052 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 23:52:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15637449 | + | EDI: PENNDEPTREV | Nov 28 2024 04:40:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15637449 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 27 2024 23:43:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15637448 | | EDI: PENNDEPTREV | Nov 28 2024 04:40:00 | PA Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 15637448 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 27 2024 23:43:00 | PA Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 15637447 | | Email/Text: fesbank@attorneygeneral.gov | Nov 27 2024 23:43:00 | PA Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 15637450 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 27 2024 23:43:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15637454 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 27 2024 23:43:00 | PNC Bank, Attn: Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15637453 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 27 2024 23:43:00 | PNC Bank, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 15637458 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 27 2024 23:43:00 | PNC Bank, NA, PO Box 94982, Cleveland, OH 44101 |
| 15658557 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

Case 23-21961-JAD   Doc 53   Filed 11/29/24   Entered 11/30/24 00:31:06   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Nov 27, 2024 | Form ID: 309B | Total Noticed: 62 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Nov 27 2024 23:43:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15637459 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 27 2024 23:43:00 | PNC Mortgage, PO Box 8703, Dayton, OH 45401 |
| 15637460 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 27 2024 23:43:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 15637461 | | EDI: PRA.COM | Nov 28 2024 04:40:00 | Portfolio Recovery Assoc, Po Box 41067, Norfolk, VA 23541 |
| 15637462 | | EDI: PRA.COM | Nov 28 2024 04:40:00 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 15637464 | | EDI: PRA.COM | Nov 28 2024 04:40:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15659531 | | EDI: PRA.COM | Nov 28 2024 04:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15637465 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 23:53:05 | Resurgen Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15637466 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 23:53:06 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15637474 | + | EDI: SYNC | Nov 28 2024 04:40:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15637473 | + | EDI: SYNC | Nov 28 2024 04:40:00 | Synchrony Bank/Care Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 15637475 | + | EDI: SYNC | Nov 28 2024 04:40:00 | Synchrony Bank/JCPenney, Po Box 71729, Philadelphia, PA 19176-1729 |
| 15637477 | + | EDI: SYNC | Nov 28 2024 04:40:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15637485 | ^ | MEBN | Nov 27 2024 23:38:39 | US Attorney General, US Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |
| 15637486 | + | EDI: AIS.COM | Nov 28 2024 04:40:00 | Verizon by American Infosource LP as Age, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 15637488 | | Email/Text: hbbankruptcynotices@wvumedicine.org | Nov 27 2024 23:43:00 | WVU Medicine, PO Box 865, Morgantown, WV 26507-0865 |
| 15637490 | | Email/Text: hbbankruptcynotices@wvumedicine.org | Nov 27 2024 23:43:00 | WVU Medicine, 1 Medical Center Drive, Morgantown, WV 26506 |
| 15637487 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 27 2024 23:43:00 | West Penn Power, 5001 NASA Boulevard, Fairmont, WV 26554-8248 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15637420 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15637421 | * | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15637429 | *+ | Credit One, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15637432 | *+ | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15637433 | *+ | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15637434 | *+ | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15637443 | *+ | Melissa Jenkins, PO Box 54, Allison, PA 15413-0054 |
| 15637444 | *+ | Melissa Jenkins, PO Box 54, Allison, PA 15413-0054 |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 27, 2024 | Form ID: 309B | Total Noticed: 62 |

| | | |
|---|---|---|
| 15637445 | *+ | Melissa Jenkins, PO Box 54, Allison, PA 15413-0054 |
| 15637446 | *+ | Melissa Jenkins, PO Box 54, Allison, PA 15413-0054 |
| 15637451 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15637452 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15637456 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15637455 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 15637457 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 15637463 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 15637468 | *+ | Sheryl R.Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 15637469 | *+ | Sheryl R.Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 15637470 | *+ | Sheryl R.Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 15637472 | * | Southwest Regional Tax Bureau, 1 Centennial Way, Scottdale, PA 15683-1741 |
| 15637476 | *+ | Synchrony Bank/JCPenney, Po Box 71729, Philadelphia, PA 19176-1729 |
| 15637478 | *+ | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2024       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2024 at the address(es) listed below:

**Name**   **Email Address**

Denise Carlon
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Lauren M. Lamb
on behalf of Debtor Eugene Joseph Rouse
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
robertslone223@gmail.com  rslone@mahadylegal.com;pa07@ecfcbis.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 5