**Fill in this information to identify your case:**

Debtor 1: **Eugene Joseph Rouse**
First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**

Case number: **23-21961**
(if known)

☐ Check if this is an amended filing

# Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Fayette County Tax Claim Bureau**<br><br>Description of property securing debt: **Two (2) Vacant Lots on Craft Street Merrittstown, PA 15463 Fayette County**<br>**30-17-0026**<br>**Value based on appraisal dated 8/29/2023 performed by Michael Ryan.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]:<br><br>**Retain and pay.** | ☐ No<br><br>■ Yes |
| Creditor's name: **Fayette County Tax Claim Bureau**<br><br>Description of property securing debt: **213 Stone Church Road Merrittstown, PA 15463  Fayette County**<br>**30-17-0035**<br>**Value determined by appraisal dated 8/29/2023 performed by Michael Ryan.  Debtor's** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*. | ☐ No<br><br>■ Yes |

| Debtor 1 | Eugene Joseph Rouse | Case number (*if known*) | 23-21961 |

| | | | |
|---|---|---|---|
| property securing debt: | residence. MSA requires ex-wife to record quit claim deed to Debtor upon his refin | ☐ Retain the property and [explain]: | |

| Creditor's name: | Fayette County Tax Claim Bureau | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]:<br><br>**Retain and pay.** | ☐ No<br><br>■ Yes |
| Description of property securing debt: | 400 Second Street Chestnut Ridge, PA 15422  Fayette County<br>30-20-0061<br>Value determined by appraisal dated 8/29/2023 performed by Michael Ryan.  Debtor`s Mother Former Residence.  Debtor's mother has a life estate.  Debtor has a 1/4 owners | | |

| Creditor's name: | PNC Mortgage | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Description of property securing debt: | 213 Stone Church Road Merrittstown, PA 15463  Fayette County<br>30-17-0035<br>Value determined by appraisal dated 8/29/2023 performed by Michael Ryan.  Debtor's residence.  MSA requires ex-wife to record quit claim deed to Debtor upon his refin | | |

**Part 2:  List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

| Debtor 1 | **Eugene Joseph Rouse** | Case number *(if known)* | 23-21961 |

| Lessor's name: | ☐ No |
| Description of leased Property: | ☐ Yes |

| Lessor's name: | ☐ No |
| Description of leased Property: | ☐ Yes |

| Lessor's name: | ☐ No |
| Description of leased Property: | ☐ Yes |

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Eugene Joseph Rouse**        X _____
**Eugene Joseph Rouse**                       Signature of Debtor 2
Signature of Debtor 1

Date    **December 11, 2024**          Date _____

Official Form 108    **Statement of Intention for Individuals Filing Under Chapter 7**    page 3