# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| EUGENE JOSEPH ROUSE | Case No.:23-21961 JAD |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/15/2023 and confirmed on 10/30/2023 . The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,190.02 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,185.02 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,948.59 | |
| Trustee Fee | 551.39 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,499.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 6,685.04 | 0.00 | 6,685.04 |
| Acct: 8120 | | | | |
| PNC BANK NA | 38,309.07 | 0.00 | 0.00 | 0.00 |
| Acct: 8120 | | | | |
| FAYETTE COUNTY TAX CLAIM BUREAU* | 12.04 | 0.00 | 0.00 | 0.00 |
| Acct: 0026 | | | | |
| FAYETTE COUNTY TAX CLAIM BUREAU* | 3,760.60 | 0.00 | 0.00 | 0.00 |
| Acct: 0035 | | | | |
| FAYETTE COUNTY TAX CLAIM BUREAU* | 859.26 | 0.00 | 0.00 | 0.00 |
| Acct: 0061 | | | | |
| | | | | 6,685.04 |
| **Priority** | | | | |
| LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EUGENE JOSEPH ROUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EUGENE JOSEPH ROUSE | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| STEIDL & STEINBERG PC | 4,400.00 | 1,948.59 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG PC | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 43.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1034 | | | | |
| PA DEPARTMENT OF REVENUE* | 390.88 | 0.00 | 0.00 | 0.00 |
| Acct: 1034 | | | | |
| SOUTHWEST REGIONAL TAX BUREAU** | 710.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1884 | | | | |
| CREDIT BUREAU OF THE HUDSON VALLE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0063 | | | | |
| LVNV FUNDING LLC | 382.54 | 0.00 | 0.00 | 0.00 |
| Acct: 1900 | | | | |
| FORTIVA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4546 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6481 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7791 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9407 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8307 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 246.31 | 0.00 | 0.00 | 0.00 |
| Acct: 9246 | | | | |
| SOUTHWEST REGIONAL TAX BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3965 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4890 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9646 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6568 | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8750 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WVU MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 837.43 | 0.00 | 0.00 | 0.00 |
| Acct: 1034 | | | | |
| WEST PENN POWER* | 252.98 | 0.00 | 0.00 | 0.00 |
| Acct: 8367 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 269.69 | 0.00 | 0.00 | 0.00 |
| Acct: 9607 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 23-21961 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | MELISSA JENKINS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | 6,685.04 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 1,143.88 | |
| SECURED | 42,940.97 | |
| UNSECURED | 1.988.95 | |

Date: 12/23/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com