IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Eugene Joseph Rouse, ) | Bankruptcy No. 23-21961-JAD |
|    Debtor ) | Chapter 7 |
| ) | Related to Document No(s). 65 |
| Eugene Joseph Rouse, ) | |
|    Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| No Respondents ) | |

### CERTIFICATE OF SERVICE

I, Lauren M. Lamb, Pittsburgh, PA 15219 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age and that on February 12, 2025 I served a copy of:

### LETTER REGARDING RESCHEDULED §341 MEETING OF CREDITORS

ON:

Eugene Rouse
213 Stone Church Road, PO Box 26
Merrittstown, PA 15463

BY:    Regular First-Class U.S. Mail, unless otherwise noted

I certify under the penalty of perjury that the foregoing is true and correct.

Date: February 12, 2025        /s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Steidl & Steinberg, P.C.
436 Seventh Avenue, Suite 322
Pittsburgh, PA 15219
(412) 391-8000
PA ID 209201
llamb@steidl-steinberg.com