Certificate Number: 06531-PAW-DE-039417923

Bankruptcy Case Number: 23-21961



06531-PAW-DE-039417923

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 7, 2025, at 5:50 o'clock PM CST, Eugene Rouse completed a course on personal financial management given by telephone by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  March 7, 2025

By:  /s/Jacqueline Gonzalez Guillen

Name:  Jacqueline Gonzalez Guillen

Title:  Credit Counselor