| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Eugene Joseph Rouse<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1034<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_ \_ \_ \_<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 23-21961-JAD | |

## Order of Discharge                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Eugene Joseph Rouse
aka Gene Joseph Rouse, dba Eugene J. Rouse
Plumbing

4/1/25                                                         **By the court:**   Jeffery A. Deller
                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Eugene Joseph Rouse  
    Debtor

Case No. 23-21961-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Apr 01, 2025      Form ID: 318      Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugene Joseph Rouse, 213 Stone Church Road, Brownsville, PA 15417-9679 |
| 15637417 | + | Brownsville Municipal Authority, 7 Jackson Street, Brownsville, PA 15417-2009 |
| 15637431 | + | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15637435 | + | Fayette County Tax Claim Bureau, 2 West Main Street, Uniontown, PA 15401-3408 |
| 15637437 | | Fortiva, PO Box 790105, Saint Louis, MO 63179-0105 |
| 15637440 | + | John M. Zeglen, 99 E. Main Street, Uniontown, PA 15401-3568 |
| 15637442 | + | Melissa Jenkins, PO Box 54, Allison, PA 15413-0054 |
| 15637467 | + | Sheryl R.Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 15637471 | | Southwest Regional Tax Bureau, 1 Centennial Way, Scottdale, PA 15683-1741 |
| 15637482 | ++ | THE UNITED FEDERAL CREDIT UNION, 3 SUNSET BEACH RD, MORGANTOWN WV 26508-4431 address filed with court:, United Federal Credit Union, 3600 University Avenue, Morgantown, WV 26505 |
| 15637479 | + | Tena Congelio, Tax Collector, Brownsville Borough Building, 200 Second Street, Brownsville, PA 15417-1651 |
| 15637480 | + | The United Fcu, 3600 University Ave, Morgantown, WV 26505-3049 |
| 15637484 | | US Attorney, WDPA, 633 US Post Office and Courthouse, Grant Street, Pittsburgh, PA 15219 |
| 15637481 | + | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 15637483 | + | United Federal Credit Union, 3 Sunset Beach Road, Morgantown, WV 26508-4431 |
| 15637489 | | WVU Medicine, c/o University Health Associates, Po Box 875, Morgantown, WV 26507-0875 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 02 2025 05:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 02 2025 05:35:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15637419 | | EDI: CAPITALONE.COM | Apr 02 2025 05:35:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15637418 | | EDI: CAPITALONE.COM | Apr 02 2025 05:35:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15637422 | + | EDI: CITICORP | Apr 02 2025 05:35:00 | Citibank/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15637423 | + | EDI: CITICORP | Apr 02 2025 05:35:00 | Citibank/Sears, Attn: Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15637424 | + | Email/Text: esther@cbhv.com | Apr 02 2025 01:40:00 | Collection Bureau Hudson Valley, Inc., 155 North Plank Rd, Newburgh, NY 12550-1748 |
| 15637425 | + | Email/Text: esther@cbhv.com | Apr 02 2025 01:40:00 | Collection Bureau Hudson Valley, Inc., 155 North Plank Road, Po Box 831, Newburgh, NY |

| | | | | |
|---|---|---|---|---|
| | | | | 12551-0831 |
| 15637426 | + | EDI: CCS.COM | Apr 02 2025 05:35:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15637427 | + | EDI: CCUSA.COM | Apr 02 2025 05:35:00 | Credit Collecton USA, 16 Distributors Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15637430 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 02 2025 01:44:59 | Credit One, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15637428 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 02 2025 01:55:59 | Credit One, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15637438 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 02 2025 01:40:00 | Fortiva, PO Box 790156, Saint Louis, MO 63179-0156 |
| 15637436 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 02 2025 01:40:00 | Fortiva, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15637439 | | EDI: IRS.COM | Apr 02 2025 05:35:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15637441 | ^ | MEBN | Apr 02 2025 01:37:30 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15645052 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2025 01:45:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15637449 | + | EDI: PENNDEPTREV | Apr 02 2025 05:35:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15637448 | | EDI: PENNDEPTREV | Apr 02 2025 05:35:00 | PA Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 15637447 | | Email/Text: fesbank@attorneygeneral.gov | Apr 02 2025 01:40:00 | PA Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 15637450 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 02 2025 01:40:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15637454 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 02 2025 01:40:00 | PNC Bank, Attn: Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15637453 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 02 2025 01:40:00 | PNC Bank, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 15637458 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 02 2025 01:40:00 | PNC Bank, NA, PO Box 94982, Cleveland, OH 44101 |
| 15658557 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 02 2025 01:40:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15637459 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 02 2025 01:40:00 | PNC Mortgage, PO Box 8703, Dayton, OH 45401 |
| 15637460 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 02 2025 01:40:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 15637461 | | EDI: PRA.COM | Apr 02 2025 05:35:00 | Portfolio Recovery Assoc, Po Box 41067, Norfolk, VA 23541 |
| 15637462 | | EDI: PRA.COM | Apr 02 2025 05:35:00 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 15637464 | | EDI: PRA.COM | Apr 02 2025 05:35:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15659531 | | EDI: PRA.COM | Apr 02 2025 05:35:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15637465 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2025 01:45:06 | Resurgen Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15637466 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2025 01:56:04 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 23-21961-JAD  Doc 73  Filed 04/03/25  Entered 04/04/25 00:33:44  Desc Imaged
Certificate of Notice  Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 01, 2025 | Form ID: 318 | Total Noticed: 58 |

| Recip ID | Bypass Code | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 15637474 | + | EDI: SYNC | Apr 02 2025 05:35:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15637473 | + | EDI: SYNC | Apr 02 2025 05:35:00 | Synchrony Bank/Care Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 15637475 | + | EDI: SYNC | Apr 02 2025 05:35:00 | Synchrony Bank/JCPenney, Po Box 71729, Philadelphia, PA 19176-1729 |
| 15637477 | + | EDI: SYNC | Apr 02 2025 05:35:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15637485 | ^ | MEBN | Apr 02 2025 01:37:14 | US Attorney General, US Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |
| 15637486 | + | EDI: AIS.COM | Apr 02 2025 05:35:00 | Verizon by American Infosource LP as Age, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 15637488 | | Email/Text: hbbankruptcynotices@wvumedicine.org | Apr 02 2025 01:40:00 | WVU Medicine, PO Box 865, Morgantown, WV 26507-0865 |
| 15637490 | | Email/Text: hbbankruptcynotices@wvumedicine.org | Apr 02 2025 01:40:00 | WVU Medicine, 1 Medical Center Drive, Morgantown, WV 26506 |
| 15637487 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 02 2025 01:40:00 | West Penn Power, 5001 NASA Boulevard, Fairmont, WV 26554-8248 |

TOTAL: 42

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15637420 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15637421 | * | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15637429 | *+ | Credit One, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15637432 | *+ | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15637433 | *+ | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15637434 | *+ | Fayette County Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15637443 | *+ | Melissa Jenkins, PO Box 54, Allison, PA 15413-0054 |
| 15637444 | *+ | Melissa Jenkins, PO Box 54, Allison, PA 15413-0054 |
| 15637445 | *+ | Melissa Jenkins, PO Box 54, Allison, PA 15413-0054 |
| 15637446 | *+ | Melissa Jenkins, PO Box 54, Allison, PA 15413-0054 |
| 15637451 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15637452 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15637456 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15637455 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 15637457 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 15637463 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 15637468 | *+ | Sheryl R.Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 15637469 | *+ | Sheryl R.Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 15637470 | *+ | Sheryl R.Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 15637472 | * | Southwest Regional Tax Bureau, 1 Centennial Way, Scottdale, PA 15683-1741 |
| 15637476 | *+ | Synchrony Bank/JCPenney, Po Box 71729, Philadelphia, PA 19176-1729 |
| 15637478 | *+ | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16469161 | * | WVU Medicine, 1 Medical Center Drive, Morgantown, WV 26506 |

TOTAL: 1 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2025 at the address(es) listed below:

**Name**         **Email Address**

Denise Carlon
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Lauren M. Lamb
on behalf of Debtor Eugene Joseph Rouse
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
robertslone223@gmail.com  rslone@mahadylegal.com;pa07@ecfcbis.com

Robert H. Slone, Trustee
on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@mahadylegal.com;pa07@ecfcbis.com

TOTAL: 5